1  J. RUSSELL STEDMAN (SBN 117130)
   PETER J. FELSENFELD (SBN 260433)
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:    415-362-6000
4  Facsimile:    415-834-9070

5  Attorneys for Defendant
   UNITED OF OMAHA LIFE INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | HEATHER CHALFANT,                          ) Case No. 3:15-CV-03577 HSG
                                                )
12 |         Plaintiffs,                        ) **STIPULATION AND ORDER**
                                                ) **REGARDING SCHEDULING FOR**
13 |     vs.                                    ) **MOTION FOR SUMMARY JUDGMENT**
                                                )
14 | UNITED OF OMAHA LIFE INSURANCE             ) Complaint Filed:  August 4, 2015
   | COMPANY, and DOES 1 through 10,            )
15 |                                            )
   |         Defendants.                        )
16 |                                            )

17

18     The parties, by and through their counsel of record, stipulate as follows.

19     WHEREAS, the Court held an initial case management conference on November 17, 2015,

20 and set December 24, 2015 as the last day for Defendant to file its Motion for Summary Judgment

21 regarding contractual limitations;

22     WHEREAS, the Court's Minute Order from the Case Management Conference directed the

23 parties to meet and confer and file a stipulation and proposed order regarding the Motion for

24 Summary Judgment deadlines (Opposition and Reply) and hearing date;

25     WHEREAS, the parties met and conferred and have agreed on the following schedule:

26     • December 24, 2015        Last day for Defendant to File Motion for Summary
                                  Judgment
27
       • January 28, 2016         Last day to file Opposition to Motion for Summary
28                                Judgment

- February 4, 2016          Last day for filing Reply to Opposition to Motion for Summary Judgment
- February 18, 2016         Hearing, 2:00 p.m.

IT IS SO STIPULATED.

Dated:  December 16, 2015                    HINSHAW & CULBERTSON LLP

                                             By: *//s// J. Russell Stedman*
                                                 J. RUSSELL STEDMAN
                                                 PETER J. FELSENFELD
                                                 Attorneys for Defendant
                                                 UNITED OF OMAHA LIFE INSURANCE COMPANY

Dated:  December 16, 2015                    DL LAW GROUP

                                             By: *//s// David M. Lilienstein*
                                                 DAVID M. LILIENSTEIN
                                                 JESSICA M. CHO
                                                 Attorneys for Plaintiff
                                                 HEATHER CHALFANT

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of David M. Lilienstein, counsel for Plaintiff, for the filing of this stipulation.

                                             *//s// J. Russell Stedman*
                                             J. RUSSELL STEDMAN

1 **ORDER**

2  GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

3

4 Dated:  December 17, 2015

   _____
5  HONORABLE HAYWOOD S. GILLIAM, JR.
   UNITED STATES DISTRICT JUDGE