UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER CHALFANT,

    Plaintiff,

  v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 15-cv-03577-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 44

The Court orders the parties to show cause why the case should not be dismissed as moot in light of Dkt. No. 44. The parties shall meet and confer promptly to discuss the issue. If the parties agree that the case either is or is not moot, they may file a short joint statement to that effect with citations to supporting authority by April 19, 2016. If the parties have different positions on the mootness question, each party is directed to file a response of no more than 5 pages by April 19, 2016.

**IT IS SO ORDERED.**

Dated: 4/13/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge