UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE JEFFERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.15-cv-03577-HSG<br><br>**SCHEDULING ORDER**<br><br>Dkt. No. 62 |

Having reviewed the parties' proposed schedule, the Court DENIES the stipulated proposal, Dkt. No. 62, and sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Plaintiff files motion to supplement administrative record | October 24, 2016 |
| Defendant's opposition to motion to supplement administrative record | November 14, 2016 |
| Plaintiff's reply to Defendant's opposition to motion to supplement administrative record | November 28, 2016 |
| Last day to hear motion to supplement the record | December 8, 2016 at 2:00 p.m. |
| Last day to file Rule 52 cross-motions | February 16, 2017 |
| Last day to file opposition to cross-motions | March 2, 2017 |
| Hearing on Rule 52 motions | March 16, 2017 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:  9/26/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge