1  David M. Lilienstein (SBN 21892)3
   Jessica M. Cho (SBN 303441)
2  DL LAW GROUP
   345 Franklin Street
3  San Francisco, CA 94102
   Tel:    (415) 678-5050
4  Fax:    (415) 358-8484
   david@dllawgroup.com
5  jessica@dllawgroup.com

6  Attorneys for Plaintiff
   GRACE JEFFERSON
7
   J. RUSSELL STEDMAN (SBN 117130)
8  rstedman@mail.hinshawlaw.com
   PETER J. FELSENFELD (SBN 260433)
9  pfelsenfeld@mail.hinshawlaw.com
   HINSHAW & CULBERTSON LLP
10 One California Street, 18th Floor
   San Francisco, CA 94111
11 Telephone:    415-362-6000
   Facsimile:    415-834-9070
12
   SANDRA I. WEISHART (SBN 89782)
13 sweishart@mail.hinshawlaw.com
   HINSHAW & CULBERTSON LLP
14 633 West 5th Street, 47th Floor
   Los Angeles, CA 90071-2043
15 Telephone:    213-680-2800
   Facsimile:    213-614-7399
16
   Attorneys for Defendant
17 UNITED OF OMAHA LIFE INSURANCE COMPANY

18
                    UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20
                      SAN FRANCISCO DIVISION
21

22 GRACE JEFFERSON,                    ) Case No. 3:15-CV-03577 HSG (SK)
                                       ) Honorable Haywood S. Gilliam, Jr.
             Plaintiffs,               )
23                                     ) **STIPULATION RE SETTLEMENT AND**
        vs.                            ) **[PROPOSED] ORDER**
24                                     )
   UNITED OF OMAHA LIFE INSURANCE      )
25 COMPANY, and DOES 1 through 10,     ) Complaint Filed:  August 4, 2015
                                       )
26           Defendants.               )
                                       )
27 _____)

28

---

STIPULATION RE SETTLEMENT AND [PROPOSED] ORDER
Case No. 3:15-CV-03577 HSG (SK)

1    Under the power of attorney granted to her from Plaintiff Grace Jefferson, Jasmine Chalfant,

2  by and through her counsel, DL Law Group; and Defendant United of Omaha Life Insurance

3  Company, by and through its counsel, Hinshaw & Culbertson LLP (collectively, "the parties"), have

4  met and conferred and hereby stipulate as follows:

5    1.    The parties have agreed in principal to a global settlement of this action.

6    2.    Per the Court's Scheduling Order [Docket 62], Plaintiff's deadline to file her Motion

7  to Supplement the Administrative Record is Monday, October 24, 2016.

8    3.    The parties agree all deadlines in this action shall be taken off calendar, pending the

9  anticipated dismissal of this action, which the parties anticipate will occur within the next 30 days.

10    4.    The parties agree that, in the event the settlement somehow fails, Plaintiff will not be

11  prejudiced with respect to the filing of a Motion to Supplement the Administrative Record.  Should

12  that occur, the parties will meet and confer regarding a new briefing schedule and will submit a

13  proposed stipulated schedule to the Court for approval.

14    THE PARTIES HEREBY STIPULATE AND AGREE TO THE ABOVE

15

16  Dated:  October 24, 2016                          DL LAW GROUP

17                                                By: */s/ David M. Lilienstein*
                                                    DAVID M. LILIENSTEIN
18                                                  JESSICA M. CHO
                                                    Attorneys for Plaintiff
19                                                  GRACE JEFFERSON

20  Dated:  October 24, 2016                          HINSHAW & CULBERTSON LLP

21                                                By: */s/ Peter J. Felsenfeld*
                                                    J. RUSSELL STEDMAN
22                                                  SANDRA I. WEISHART
                                                    PETER J. FELSENFELD
23                                                  Attorneys for Defendant
                                                    UNITED OF OMAHA LIFE INSURANCE
24                                                  COMPANY

25

26

27

28

1

1

**FILER'S ATTESTATION**

2          I, David M. Lilienstein, am the ECF user whose identification and password are being used to

3    file this Stipulation Re Settlement and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I

4    hereby attest that all party signatories hereto concur in this filing.

5

6                                                          */s/ David M. Lilienstein*
                                                          DAVID M. LILIENSTEIN

7

8          IT IS SO ORDERED.

9    Dated: _____

10                                                         _____
                                                          HON. HAYWOOD S. GILLIAM, JR.

11                                                         UNITED STATE DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE SETTLEMENT AND [PROPOSED] ORDER
Case No. 3:15-CV-03577 HSG (SK)