1  David M. Lilienstein (SBN 21892)3
   Jessica M. Cho (SBN 303441)
2  DL LAW GROUP
   345 Franklin Street
3  San Francisco, CA 94102
   Tel:   (415) 678-5050
4  Fax:   (415) 358-8484
   david@dllawgroup.com
5  jessica@dllawgroup.com

6  Attorneys for Plaintiff
   GRACE JEFFERSON
7
   J. RUSSELL STEDMAN (SBN 117130)
8  rstedman@mail.hinshawlaw.com
   PETER J. FELSENFELD (SBN 260433)
9  pfelsenfeld@mail.hinshawlaw.com
   HINSHAW & CULBERTSON LLP
10 One California Street, 18th Floor
   San Francisco, CA 94111
11 Telephone:   415-362-6000
   Facsimile:   415-834-9070
12
   SANDRA I. WEISHART (SBN 89782)
13 sweishart@mail.hinshawlaw.com
   HINSHAW & CULBERTSON LLP
14 633 West 5th Street, 47th Floor
   Los Angeles, CA 90071-2043
15 Telephone:   213-680-2800
   Facsimile:   213-614-7399
16
   Attorneys for Defendant
17 UNITED OF OMAHA LIFE INSURANCE COMPANY

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE JEFFERSON, | Case No. 3:15-CV-03577 HSG (SK) |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION AGAINST UNITED OF OMAHA LIFE INSURANCE COMPANY WITH PREJUDICE** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, and DOES 1 through 10, | |
| Defendants. | Honorable Haywood S. Gilliam, Jr. |
| | Complaint Filed:  August 4, 2015 |

1  Pursuant to the Stipulated Request for Dismissal of Entire Action against United of Omaha
2  Life Insurance Company with Prejudice filed by Defendant United of Omaha Life Insurance
3  Company and Plaintiff Grace Jefferson, the Court hereby orders that the above-captioned matter is
4  dismissed in its entirety with prejudice.
5  IT IS SO ORDERED.

7  Dated:  November 14, 2016                    *Haywood S. Gilliam Jr.*
8                                               HON. HAYWOOD S. GILLIAM, JR.
                                                UNITED STATE DISTRICT JUDGE